**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWAINE BAKER,<br><br>      Plaintiff,<br><br>vs.<br><br>MADELINE KRONENBERG *et al.*,<br><br>      Defendants. | Case No.: C-11-02529-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER FOLLOWING REASSIGNMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | was November 30, 2011 |
| DISCOVERY CUTOFF: | Completed |
| DISPOSITIVE MOTIONS[1] to be filed by: | Tuesday, April 10, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Tuesday, May 15, 2012 |
| PRETRIAL CONFERENCE: | Tuesday, May 29, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, June 4, 2012 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | One week. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

If the parties are interested in a trial date in the Fall of 2012, the Court encourages them to consent to the jurisdiction of a magistrate judge who can guarantee a Fall 2012 trial date. The Court will accept requests for assignment to a specific magistrate judge or magistrate judges.[2]

**IT IS SO ORDERED.**

Dated: March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Profiles can be found at http://cand.uscourts.gov/judges.